ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
erica.seger@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2017 SEP 27 P 3: 30

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**CR 17 - 1510 TUC** RM (EJM)

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **INDICTMENT** |
| vs. | 18 U.S.C. §§ 1466A(b)<br>(Obscene Visual Representations of the Sexual Abuse of Children )<br>Counts 1, 2 |
| Daniel Guerrero Seguerre III, | |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>

**OBSCENE VISUAL REPRESENTATIONS OF THE SEXUAL ABUSE OF**

**CHILDREN**

On or about April 5, 2017, in the District of Arizona, the defendant, DANIEL GUERRERO SEGUERRE III, at the Federal Correctional Complex, Tucson, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, having previously been convicted of offenses under Title 18, United States Code Sections 2251 and 2252 in CR 09-00375-DAE-01, did knowingly possess obscene visual depictions, to wit: an illustrated short story depicting a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256((2)(A) or 2256(2)(B), to wit: sexual

intercourse, masturbation, sadistic or masochistic abuse and lascivious exhibition of the genitals or public area of any person;

All in violation of Title 18, United States Code, Sections 1466A(b)(1) and (d)(5).

A TRUE BILL

**/ S /**

_____
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
**/ S /**

Assistant U.S. Attorney
Dated: September 27, 2017

REDACTED FOR
PUBLIC DISCLOSURE

_United States of America v. Seguerre_
_Indictment Page 2 of 2_